IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 5:23-bk-00055-MJC |
|---|---|
| RICHARD JOSEPH ELLER, and MARY ELIZABETH ELLER, | Chapter 13 |
| Debtors, | |
| GLOBAL LENDING SERVICES LLC, | |
| Movant, | |
| v. | |
| RICHARD JOSEPH ELLER, MARY ELIZABETH ELLER, and JACK N ZAHAROPOULOS, Trustee, Respondents. | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Global Lending Services LLC (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondents, Richard Joseph Eller and Mary Elizabeth Eller, ("Debtors"), are adult individuals with a place of residence located at 451 Hyland Avenue, East Stroudsburg, Pa 18301.

2. Jack N. Zaharopoulos, is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4. On or about January 13, 2023, Debtors filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about July 6, 2017, Debtors entered into a Retail Installment Sales Contract ("Note") with the Movant for the purchase of 2012 Hyundai Tucson, VIN: KM8JUCAC2CU424100 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the 2012 Hyundai Tucson, VIN: KM8JUCAC2CU424100, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The loan matured on October 20, 2023.

8. The total balance due on the Note as of February 13, 2024, was $21,158.94.

9. The N.A.D.A. value of the Vehicle is $5,350.00. There is no equity in the Vehicle as evidenced by a copy of the N.A.D.A. report attached hereto as **Exhibit C**.

10. Movant is entitled to relief from the automatic stay for cause, including lack of adequate protection, because the Movant no longer has a contractual relationship with the Debtor. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Global Lending Services LLC, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2012 Hyundai Tucson, VIN: KM8JUCAC2CU424100.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        601 Grant Street, 9th Floor
        Pittsburgh, PA 15219
        Phone (412) 456-8112
        Fax: (412) 456-8135

        *Counsel for Global Lending Services LLC*

Dated: February 16, 2024